# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JAMES CARROLL CARTER

VERSUS

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

22-705-SDD-SDJ

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson dated March 14, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,** the decision of the Commissioner is AFFIRMED, and Plaintiff's appeal is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on this 8th day of April, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 19.
[2] Rec. Doc. 20.